CLAYTON MATHIS v. BOARD OF REVIEW.

July 13, 1983.

Petition for certification denied.

GERTRUDE M. KATSTRA v. ROY C. MARTIN.

July 13, 1983.

Petition for certification denied.

MARY E. DAY v. ELEANOR LUCILLE DAY SIDUN.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY GILES.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ADRIAN HENRY SELLERS.

July 13, 1983.

Petition for certification denied.